■ St. Johnsbury Trucking Co., Inc., Appellant, v Kingsway Transports Limited, Respondent. (Appeal No. 1.) [600 NYS2d 656] —Appeal unanimously dismissed without costs (see, Loafin' Tree Rest. v Pardi [appeal No. 1], 162 AD2d 985). (Appeal from Order of Supreme Court, Erie County, Fallon, J. —Vacate Default Judgment.) Present—Denman, P. J., Pine, Balio, Doerr and Davis, JJ.

■ The People of the State of New York, Respondent, v Lawrence K. Bailey, II, Appellant. [600 NYS2d 655] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Burglary, 3rd Degree.) Present—Callahan, J. P., Green, Lawton, Fallon and Boehm, JJ.

■ The People of the State of New York, Respondent, v Perry Davis, Appellant. [598 NYS2d 622] —Judgment unanimously affirmed. Memorandum: Defendant contends that County Court erred by denying his motion to suppress statements made to the police. Defendant's contention is without merit. The testimony at the suppression hearing supports the court's finding that the statements were voluntarily given. Defendant did not unequivocally assert his right to counsel. His statement, "maybe I need an attorney", did not inform police of his intention to retain counsel; therefore, his right to counsel did not attach (People v Hicks, 69 NY2d 969, 970; People v Dehmler, 188 AD2d 1056; People v Ashraf, 186 AD2d 1057, lv denied 80 NY2d 1025). (Appeal from Judgment of Chautauqua County Court, Adams, J.—Attempted Burglary, 3rd Degree.) Present—Callahan, J. P., Green, Lawton, Fallon and Boehm, JJ.